In re:  Case No. 23-02918-MJC
Jose Bazil  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 30, 2024     Form ID: ntcnfhrg     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Bazil, 202 Lookout Drive, Albrightsville, PA 18210-7759 |
| cr | + | Pennsylvania Housing Finance Agency (PHFA)-HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5586727 | + | Alejandra Rivero Bazil, 702 Sterling Ridge Drive, Augusta, GA 30909-6466 |
| 5586730 | + | Berkheimer Tax, 50 N 7th Street, Bangor, PA 18013-1795 |
| 5588999 | + | Berkheimer, Agent for Mountain SD/Tunkhannock Twp, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5589000 | + | Berkheimer, Agent for Pocono Mountain SD/Tunkhanno, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5586732 | + | Dep't of Education/ Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 5586738 | | Nationstar DBA Mr Cooper, PO Box 199111, Dallas, TX 75235 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5586729 | + | Email/Text: g20956@att.com | Jan 30 2024 18:46:00 | AT&T, 1025 Lenox Park Blvd., Atlanta, GA 30319-5309 |
| 5586728 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 18:55:53 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5586731 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2024 18:55:50 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 5586733 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 30 2024 18:46:00 | Fingerhut/Webbank, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 5586734 | | Email/Text: collections@indianmountainlake.com | Jan 30 2024 18:46:00 | Indian Mt. Lake Civic Assoc., Inc., 95 Highbridge Road, Albrightsville, PA 18210-7771 |
| 5586735 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2024 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5586736 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 18:55:50 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5586737 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 18:46:00 | Midland Credit Mgt., 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5586739 | ^ | MEBN | Jan 30 2024 18:40:58 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 5586740 | + | Email/PDF: cbp@omf.com | Jan 30 2024 18:55:50 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 5586742 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 18:45:24 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 5587460 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5586741 | + | Email/Text: blegal@phfa.org | Jan 30 2024 18:46:00 | 17128-0946<br>Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5589199 | + | Email/Text: blegal@phfa.org | Jan 30 2024 18:46:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5586744 | | Email/Text: legalservices12@snaponcredit.com | Jan 30 2024 18:46:00 | Snap On Credit LLC, 950 Technology Way Suite 301, Libertyville IL 60048 |
| 5586743 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 30 2024 18:46:00 | Select Portfolio Servicing Inc, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5586745 | + | Email/Text: jaxbanko@td.com | Jan 30 2024 18:46:00 | TD Bank, NA, 200 Carolina Point Parkway, Greenville, SC 29607-5766 |
| 5586746 | + | Email/Text: LCI@upstart.com | Jan 30 2024 18:46:00 | Upstart/Finwise, 2950 South Delaware Street, San Mateo, CA 94403-2577 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5589333 | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

**Name**  **Email Address**

J. Zac Christman
 on behalf of Debtor 1 Jose Bazil zac@jzacchristman.com office@fisherchristman.com

Jack N Zaharopoulos
 TWecf@pamd13trustee.com

Katie Housman
 on behalf of Creditor Pennsylvania Housing Finance Agency (PHFA)-HEMAP khousman@pkh.com

Michael Patrick Farrington
 on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust mfarrington@kmllawgroup.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Jose Bazil,   Chapter 13

**Debtor 1**

Case No.   5:23−bk−02918−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 22, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 29, 2024<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 30, 2024 |

ntcnfhrg (08/21)