United States Bankruptcy Court

Middle District of Pennsylvania

In re:   Case No. 23-02918-MJC
Jose Bazil   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5   User: AutoDocke   Page 1 of 3
Date Rcvd: May 15, 2024   Form ID: pdf010   Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Bazil, 202 Lookout Drive, Albrightsville, PA 18210-7759 |
| cr | + | Pennsylvania Housing Finance Agency (PHFA)-HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5586727 | + | Alejandra Rivero Bazil, 702 Sterling Ridge Drive, Augusta, GA 30909-6466 |
| 5586730 | + | Berkheimer Tax, 50 N 7th Street, Bangor, PA 18013-1795 |
| 5588999 | + | Berkheimer, Agent for Mountain SD/Tunkhannock Twp, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5589000 | + | Berkheimer, Agent for Pocono Mountain SD/Tunkhanno, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5586732 | + | Dep't of Education/ Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 5608693 | + | GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5608694 | + | Indian Mountain Lake Civic Association, GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5586738 | | Nationstar DBA Mr Cooper, PO Box 199111, Dallas, TX 75235 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5586729 | + | Email/Text: g20956@att.com | May 15 2024 18:37:00 | AT&T, 1025 Lenox Park Blvd., Atlanta, GA 30319-5309 |
| 5586728 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2024 18:43:14 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5594996 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 18:43:22 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5586731 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2024 18:43:18 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 5601343 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2024 18:37:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5586733 | + | Email/Text: bnc-bluestem@quantum3group.com | May 15 2024 18:37:00 | Fingerhut/Webbank, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 5586734 | | Email/Text: collections@indianmountainlake.com | May 15 2024 18:37:00 | Indian Mt. Lake Civic Assoc., Inc., 95 Highbridge Road, Albrightsville, PA 18210-7771 |
| 5586735 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 18:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5594997 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 18:43:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5586736 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 18:43:14 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5596869 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2024 18:37:00 | Midland Credit Management, Inc., PO Box 2037, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 5586737 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2024 18:37:00 | Midland Credit Mgt., 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5586739 | ^ | MEBN | May 15 2024 18:32:47 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 5586740 | + | Email/PDF: cbp@omf.com | May 15 2024 18:43:22 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 5586742 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 18:43:18 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 5587460 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2024 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5586741 | + | Email/Text: blegal@phfa.org | May 15 2024 18:37:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5589199 | + | Email/Text: blegal@phfa.org | May 15 2024 18:37:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5586744 | | Email/Text: legalservices12@snaponcredit.com | May 15 2024 18:37:00 | Snap On Credit LLC, 950 Technology Way Suite 301, Libertyville IL 60048 |
| 5586743 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2024 18:37:00 | Select Portfolio Servicing Inc, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5586745 | + | Email/Text: jaxbanko@td.com | May 15 2024 18:37:00 | TD Bank, NA, 200 Carolina Point Parkway, Greenville, SC 29607-5766 |
| 5586746 | + | Email/Text: LCI@upstart.com | May 15 2024 18:37:00 | Upstart/Finwise, 2950 South Delaware Street, San Mateo, CA 94403-2577 |
| 5597226 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2024 18:43:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5589333 | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Jose Bazil zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency (PHFA)-HEMAP khousman@pkh.com |
| Michael Patrick Farrington | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JOSE BAZIL,** | : | **Chapter 13** |
| Debtor(s), | : | **Case No. 5:23-bk-02918-MJC** |

## ORDER GRANTING MOTION TO REINSTATE CASE

Upon consideration of the Debtor's Motion to Reinstate Case, Dkt. # 33 ("Motion"), it is hereby

**ORDERED** that the Motion is hereby **GRANTED**. The Clerk shall mark the case open.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 14, 2024