**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    JOSE BAZIL

                            Debtor(s)


JACK N. ZAHAROPOULOS                    CHAPTER 13
CHAPTER 13 TRUSTEE
                            Movant
vs.
JOSE BAZIL

                                        CASE NO: 5-23-02918-MJC
                Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on July 9, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


                    Respectfully submitted,

                    /s/  Agatha R. McHale, Esquire
                    ID:  47613
                    Attorney for Trustee
                    Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee
                    Suite A, 8125 Adams Drive
                    Hummelstown, PA 17036
                    Phone:  (717) 566-6097
                    email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   JOSE BAZIL

                    Debtor(s)

JACK N. ZAHAROPOULOS           CHAPTER 13
CHAPTER 13 TRUSTEE
                 Movant
vs.
JOSE BAZIL

                   CASE NO: 5-23-02918-MJC

               Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    U.S. Bankruptcy Court               Date:   August 8, 2024
    Max Rosenn U.S. Courthouse      Time:   10:00 AM
    197 S. Main Street
    Wilkes Barre, PA 18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
       **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1600.00**
       **AMOUNT DUE FOR THIS MONTH: $800.00**
       **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2400.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to:

**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    July 9, 2024     Respectfully submitted,

             /s/ Agatha R. McHale, Esquire
             ID:  47613
             Attorney for Trustee
             Jack N. Zaharopoulos
             Standing Chapter 13 Trustee
             Suite A, 8125 Adams Drive
             Hummelstown, PA 17036
             Phone:  (717) 566-6097
             email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    JOSE BAZIL

                                              Debtor(s)

JACK N. ZAHAROPOULOS                    CHAPTER 13
CHAPTER 13 TRUSTEE
                                   Movant
        vs.
JOSE BAZIL
                                              CASE NO: 5-23-02918-MJC

                          Respondent(s)


**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am more than 18 years of age and that on July 9, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

J ZAC CHRISTMAN ESQUIRE
J ZAC CHRISTMAN LAW
556 MAIN STREET, SUITE 12
STROUDSBURG PA  18360-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

<u>Served by First Class Mail</u>

JOSE BAZIL
202 Lookout Drive
Albrightsville  PA   18210

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 9, 2024                    /s/  Tammy Life
                                        Office of the Standing Chapter 13 Trustee
                                        Jack N. Zaharopoulos
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JOSE BAZIL

                                                           CHAPTER 13

             Debtor(s)

             JACK N. ZAHAROPOULOS
             CHAPTER 13 TRUSTEE
                        Movant                   CASE NO: 5-23-02918-MJC

             vs.
             JOSE BAZIL


### <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.